No. 705. KIMBALL STEAMSHIP COMPANY, PETITIONER, v. ELLA M. WEISSHAAR, ADMINISTRATRIX, ETC. May 31, 1904.

194 U. S. Cases Disposed of Without Consideration by the Court.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Edward M. Cleary* for petitioner. *Mr. N. A. Acker* for respondent.